

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2020

No. 04-20-00524-CV

**IN THE INTEREST OF J.M.E., K.C.S., AND A.N.H., CHILDREN,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02574
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On November 10, 2020, we ordered appellant to file a response by November 17, 2020 if she believed the appellate record was not complete. We have not received a response. Accordingly, we deem the appellate record complete, and we **ORDER** appellant to file her brief **by December 9, 2020**. *See* TEX. R. APP. P. 38.6(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court